# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADAM PARSA AND MARYAM SHEIKHLARY<br><br>Plaintiffs,<br>vs.<br><br>CREDIT ONE BANK and EQUIFAX INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No.: 2:17-cv-05634 PA (KSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Stipulation for Dismissal of Credit One Bank With Prejudice, filed by Plaintiffs and Defendant Credit One Bank, and good cause appearing,

**IT IS ORDERED** that the Stipulation is GRANTED. The above-entitled matter is hereby dismissed with prejudice with the parties to bear their own costs and attorneys' fees. The Clerk shall terminate the action as there are no remaining defendants.

DATED: May 18, 2018

_____
Honorable Percy Anderson
United States District Court Judge